No. 1372, Misc. McGROTTY *v.* MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 1383, Misc. GREAR *v.* MAXWELL ET AL. C. A. 6th Cir. Certiorari denied.

Nò. 1387, Misc. COOLEY *v.* MICHIGAN DEPARTMENT OF PRISON ADMINISTRATION ET AL. Sup. Ct. Mich. Certiorari denied.

No. 1388, Misc. HILL *v.* MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1390, Misc. CALL *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 1391, Misc. TINSLEY *v.* MAXWELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 1392, Misc. MARTIN *v.* FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1395, Misc. CATLINO *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 1399, Misc. ROBINSON *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 1459, Misc. MATLOCK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.